IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

In the Matter of the Search of:

202 Walden Village Ln, Nashville, TN

**Case No.** 3:20-mj-3015

**Under Seal**

## MOTION TO UNSEAL APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT

COMES NOW the United States of America, by and through Donald Q. Cochran, United States Attorney, and Amanda Klopf, Assistant United States Attorney for the Middle District of Tennessee, and respectfully moves that this Honorable Court enter an order unsealing the Application and Affidavit for Search Warrant in the above-styled matter. In support of this motion, the United States would show the following:

1. On February 20, 2020, United States Magistrate Judge Hon. Joe Brown entered an order sealing the Application and Affidavit for Search Warrant in this matter pending further orders.

2. These documents were sealed because the criminal investigation to which they pertained was still ongoing.

3. That investigation has now resulted in an indictment in *United States v. Katrina Robinson*, No. 2:20-cr-20148-SHL/tmp (W.D. Tenn.), and the government is requesting that the documents be unsealed so that they can be provided in discovery.

## **CONCLUSION**

For the foregoing reasons, the United States respectfully requests that the Application and Affidavit for Search Warrant be unsealed as set forth herein.

                                                Respectfully submitted,

                                                DONALD Q. COCHRAN
                                                United States Attorney

By:                                         _____
                                                Amanda Klopf
                                                Assistant United States Attorney